IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RUTGER L. VAN ZANTEN,** § | |
| Plaintiff, § | |
| § | Civil No. 3:04-CV-0783-K |
| v. § | |
| § | |
| **COMMISSIONER OF SOCIAL** § | |
| **SECURITY,** § | |
| Defendant. § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted.  Accordingly, Plaintiff's motion for summary judgment is hereby **DENIED**, and Defendant's motion for summary judgment is hereby **GRANTED**.  Plaintiff's Objections to the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, filed on April 2, 2007, are **OVERRULED**.

SO ORDERED.

SIGNED: April 10th, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE